# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of October, two thousand and twenty.

Present:   BARRINGTON D. PARKER,
           DENNY CHIN,
                *Circuit Judges*,
           JANE A. RESTANI,
                *Judge.*\*

---

IN RE: 650 FIFTH AVENUE COMPANY AND
RELATED PROPERTIES                                      **ORDER**
                                                  20-1212 (L), 20-1265 (XAP)

---

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the District Court's record and the parties' briefs. Upon consideration thereof, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. By order entered September 16, 2020, this Court granted a stay of District Court proceedings pending further discussion at oral argument on October 5, 2020. That stay is hereby vacated so that the District Court may proceed with the probable cause hearing now scheduled for October 13, 2020. The District Court, of course, may reschedule the hearing as it deems appropriate. Claimants shall be given a meaningful opportunity to be heard at the hearing.

2. The restraints on the rental income of the building at 650 Fifth Avenue (the "Building") imposed by the protective order entered by the District Court on December 12, 2019, shall remain in place pending the District Court's probable cause

---

\*   Judge Jane A. Restani, of the United States Court of International Trade, sitting by designation.

determination. In other words, the rental income may not be released to Claimants pending the District Court's probable cause determination.

       3.    Subject to the parties' rights to appeal, if the District Court determines that probable cause existed, the rental income shall continue to be restrained pending a final adjudication on the merits, and if the District Court determines that probable cause did not exist, the rental income shall be released to Claimants (to the extent of Claimants' interest).

       4.    This matter is remanded to the District Court for further proceedings as set forth above. Following the District Court's probable cause determination, any party may restore jurisdiction to this Court by notifying the Clerk of Court by letter that it seeks further appellate review and the matter shall be returned to this panel. No new notice of appeal will be required. *See United States v. Jacobson*, 15 F.3d 19, 21-23 (2d Cir. 1994).

       5.    The mandate shall issue forthwith.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk